UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDREON CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>JC BROTHERS INC.,<br><br>               Defendant,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>               Garnishee. | Case No. MC17-0011RSL<br><br>SECOND ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application/Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, JC Brothers Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Amazon.com, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on April 26, 2017 (Dkt. # 11-1).

DATED this 27th day of April, 2017.

                                                  /s/ Robert S. Lasnik
                                                Robert S. Lasnik
                                                United States District Judge