UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HYDREON CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JC BROTHERS, INC.,<br><br>　　　　　　Defendant,<br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　Garnishee-Defendant. | NO.　MC17-0011RSL<br><br>SECOND ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER |

**Summary of Judgment**

Judgment Creditor:　　　　　　　　Hydreon Corporation
Judgment Debtor:　　　　　　　　　JC Brothers, Inc.
Garnishee-Defendant　　　　　　　Amazon.com, Inc.
Garnishment Judgment Amount:　　$61,810.04
Garnishment Costs:　　　　　　　　　$87.00
Attorneys Fees:　　　　　　　　　　　$250.00
Percent Interest on Principal:　　　Federal Rate
Attorneys for Judgment
　Creditor:　　　　　　　　　　　　　Drew Duggan

　　　THIS MATTER coming on for consideration upon the second application of

Judgment Creditor for judgment on the second answer of Garnishee-Defendant; it

appearing that Garnishee-Defendant has filed its answer herein stating that it holds

funds of the Judgment-Debtor, JC Brothers, Inc., in the sum of $61,810.04; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor that exceeds that amount; that Judgment Creditor's attorneys' fees of $250.00 and costs of $87.00 in this garnishment action are stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $61,810.04; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be discharged from this action. Upon receipt of said sum, the Clerk of the court shall enter full satisfaction of the judgment against Garnishee-Defendant.

3. Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $337.00; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4.  Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $61,810.04, plus all accrued interest, minus any statutory user fees, payable to *Hydreon Corporation* and mailed to Miller Nash Graham & Dunn LLP, Attn: Drew Duggan, Pier 70, 2801 Alaskan Way, Suite 300, Seattle WA 98121.

5.  Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the Judgment Debtor.

DATED this 22nd day of August, 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE