United States District Court
WESTERN DISTRICT OF WASHINGTON

HYDREON CORPORATION,

        Plaintiff,

v.

JC BROTHERS, INC.,

        Defendant,

v.

AMAZON.COM, INC.,

        Garnishee-Defendant.

JUDGMENT IN A MISCELLANEOUS CASE

CASE NUMBER: MC17-11RSL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $61,810.04; such funds to be first applied in satisfaction of the costs and fees taxable herein. Judgment Creditor shall have judgment against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $337.00; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

    August 22, 2017        William M. McCool
                                        Clerk

                                        /s/Kerry Simonds
                                        By, Deputy Clerk